THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL   t_stew_3@yahoo.com
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  CV 12-3095 RS |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| GOLDEN VALLEY INVESTMENT, LLC, | |
| Defendant. _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for 18 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 18 months after the date hereof.

Date:  March 19, 2013                                        Date:  March 19, 2013


S/Ginger L. Sotelo,                                          S/Thomas N. Stewart, III,
Attorney for Defendant                                       Attorney for Plaintiff

IT IS SO ORDERED:


Date:  3/19/13                                    _____
                                                            Judge/~~Magistrate~~

CV 12-3095 RS                           2